# Yu-Xi Liu, Esq.
**602 39th Street, #102
Brooklyn, NY 11232
347.721.1383
yuxiliuny@yahoo.com**

VIA ECF

October 22, 2020

The Honorable Frederic Block
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *EVA et al v. McConnell & Grassley,* 19-cv-007057 (FB-LB)

Dear Judge Block:

    The undersigned represents *pro bono* the plaintiffs in the above-referenced action in which Your Honor is presiding. The plaintiffs respectfully request that they be given until November 9, 2020 to make the decision on voluntary dismissal of the within action.

    On the informal conference call on October 6, 2020, Your Honor stated that Your Honor had a lot of respect for Equal America, that Your Honor did not see this lawsuit's viability, and that the plaintiffs be given at least two weeks to consider voluntary dismissal of the action.

    Mr. Lewis Liu, founder of Equal America, a grass root advocacy group dedicated to the singular mission that every vote should be equal and carry the same weight regardless if it is cast in NYC or Wyoming, appreciates Your Honor's giving the plaintiffs consideration and respectfully requests additional time on voluntary dismissal until 11/9/2020, as the plaintiffs have been working hard at turning out the votes for the upcoming elections on November 3, 2020.

    With thanks for your consideration in this matter, I remain,

    Sincerely yours,

    /s/ *yuxi liu*

    Yu-Xi (Glen) Liu, Esq. (yl3022)
    Attorney for Plaintiffs
    *Pro Bono*